MIRANDA KANE (CSBN 150630)
KANE +KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com
Attorney for Marc H. Berger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-17-491-RS |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| MARC HOWARD BERGER, | ) CONTINUING STATUS CONFERENCE DATE |
| Defendant. | ) |

The parties appeared before the Court on October 3, 2017 for a status conference on an indictment charging Defendant Marc H. Berger with assisting in the preparation of a false tax return. Since then, the government has begun producing discovery and the parties are actively engaged in discussions related to a discovery and motions schedule. The parties agree that additional time would assist them in making progress in that regard so that motion and trial dates can potentially be set at the next calling.

Accordingly, the parties hereby agree and stipulate that the status conference date, currently set for November 7, 2017, will be continued to December 12, 2017 at 2:30 p.m. for a status conference before Judge Seeborg for Mr. Berger, who is out of custody on pre-trial release.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh

STIPULATION AND [PROPOSED] ORDER
[CR-17-491-RS]

the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). The parties agree to extend the time limits of Rule 5.1 during this period as well.

SO STIPULATED.

Dated: November 3, 2017

/s/
MIRANDA KANE
Attorney for Defendant Marc H. Berger

ALEX G. TSE (CABN 152348)
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

Dated: November 3, 2017

/s/
ROBERT S. LEACH
Assistant United States Attorney

/s/
LORI HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division

## [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for the status conference in this matter is re-set for Defendant Marc H. Berger for December 12, 2017 at 2:30 p.m. before Judge Seeborg. The Court further ORDERS that the time from the date of this Order through December 12, 2017 for Defendant Marc H. Berger shall be excluded from any calculations under 18 U.S.C. § 3161 and Rule 5.1 of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED**.

Dated: 11/6/17

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
[CR-17-491-RS]