ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

LORI A. HENDRICKSON (OHBN 0067831)
Trial Attorney
U.S. Department of Justice, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov
           Lori.A.Hendrickson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-491 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE |
| v. | |
| G. STEVEN BURRILL & MARC HOWARD BERGER, | |
| Defendants. | |

## STIPULATION

WHEREAS, on December 7, 2017, defendant Burrill pleaded guilty to Count One and Two of an Information filed against him and set a status hearing for March 27, 2018;

WHEREAS, on December 12, 2017, the Court, at a status hearing for defendant Berger, set this matter for jury trial on the charges against defendant Berger for July 9, 2018, with jury selection to begin on July 6, 2018; found that time should be excluded under the Speedy Trial Act to July 6, 2018; and set a further status hearing as to both defendant Burrill and defendant Berger on January 16, 2018;

STIPULATION AND [PROPOSED] ORDER
Case No. CR 17-491 RS                1

1 WHEREAS, counsel for defendant Burrill is unavailable on January 16, 2018;

2 WHEREAS, the parties have conferred and agree that, with the Court's approval, the January 16, 2018 status conference may be moved to January 30, 2018, when all counsel are available;

4 THEREFORE, the United States and defendants, through undersigned counsel, hereby stipulate and agree that the status conference in this matter, currently set for January 16, 2018, shall be continued to January 30, 2018, and consistent with Court's minute order dated December 12, 2017, appearances by defendant Berger and defendant Burrill are waived.

STIPULATED AND AGREED TO:

Dated: January 11, 2018　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROBERT S. LEACH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　LORI A. HENDRICKSON
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Tax Division

Dated: January 11, 2018　　　　　　　　　COBLENTZ PATCH DUFFY & BASS LLP

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　REES F. MORGAN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant G. Steven Burrill

Dated: January 11, 2018　　　　　　　　　KANE + KIMBALL LLP

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA KANE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Marc Howard Berger

[PROPOSED] ORDER

PURSUANT TO STIPULATION and for good cause shown, the status conference in this matter, currently set for January 16, 2018, shall be continued to January 30, 2018, and consistent with Court's

minute order dated December 12, 2017, appearances by defendant Berger and defendant Burrill are waived.

Dated: 1/12/18

_____
HON. RICHARD SEEBORG
United States District Judge