1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
   LORI A. HENDRICKSON (OHBN 0067831)
6  Trial Attorney
   U.S. Department of Justice, Tax Division
7
      450 Golden Gate Avenue, Box 36055
8     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
9     Fax: (415) 436-7234
      Email: Robert.Leach@usdoj.gov
10            Lori.A.Hendrickson@usdoj.gov

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00491 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| MARC HOWARD BERGER, | |
| Defendant. | |

## STIPULATION

WHEREAS, on December 12, 2017, defendant Marc Howard Berger, represented by Miranda Kane, Esq., and the government, represented by Robert S. Leach, Assistant United States Attorney, appeared before the Court for a status hearing;

WHEREAS, the Court set this matter for jury trial on July 9, 2018, with jury selection to begin July 6, 2018;

WHEREAS, the government has produced discovery in excess of 500GB of data pursuant to Rule 16;

WHEREAS, the parties agree that the time between December 12, 2017, and July 6, 2018 should be excluded under the Speedy Trial Act to afford counsel time to review the discovery and to conduct any necessary investigation;

WHEREAS, failing to exclude the time between December 12, 2017, and July 6, 2018, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREAS, pursuant to Criminal Local Rule 47-2(c), counsel for the government calculates that, under 18 U.S.C. § 3161, there are seventy (70) days remaining before a trial of defendant must commence;

THEREFORE, the United States and the defendant Berger, through undersigned counsel, hereby stipulate and agree that the period of time from December 12, 2017, and July 6, 2018, shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under 18 U.S.C. § 3161.

STIPULATED AND AGREED TO:

Dated: January 11, 2018

ALEX G. TSE
Acting United States Attorney

/s/
_____
ROBERT S. LEACH
Assistant United States Attorney

LORI A. HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division

| | |
|---|---|
| Dated: January 11, 2018 | KANE & KIMBALL LLP |
| | /s/ |
| | _____ |
| | MIRANDA KANE |
| | Attorney for Defendant Marc Howard Berger |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION and for good cause shown, the Court finds that failing to exclude the time between December 12, 2017, and July 6, 2018, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 12, 2017, and July 6, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between December 12, 2017, and July 6, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: 1/18/18

_____
HON. RICHARD SEEBORG
United States District Judge