MIRANDA KANE (CSBN 150630)
JULIA M. BREYER (CSBN 284706)
KANE +KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com
Email: jbreyer@kanekimball.com

Attorneys for Marc H. Berger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-17-491-RS |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE |
| MARC HOWARD BERGER, | |
| Defendant. | |

The parties appeared before the Court for a status conference on January 30, 2018. At that appearance, Mr. Berger represented his intent to file certain pre-trial motions including, potentially, a request for judicial immunity, a request for a Rule 15 deposition of Steven Burrill, and a motion to dismiss. The parties agreed to meet and confer and submit a proposed schedule to the Court. The Court advised that the proposed schedule should ensure that any motions are fully briefed no later than one week before the hearing date.

The parties request that the Court specially set a hearing on the motions on March 28, 2018 at 10:00 a.m. and have agreed to the following briefing schedule:

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
[CR-17-491-RS]

February 22, 2018:  Deadline to file motions

March 15, 2018:  Deadline to file oppositions, if any

March 21, 2018:  Deadline to file replies, if any

The parties further agree that that they are not precluded from bringing additional pre-trial and trial motions, including a discovery motion, consistent with the Court's standing order and Local Rules, in advance of the pre-trial conference on June 22, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 7, 2018

/s/
MIRANDA KANE
Attorney for Defendant Marc H. Berger

ALEX G. TSE (CSBN 152348)
Acting United States Attorney

Dated: February 7, 2018

/s/
ROBERT S. LEACH
Assistant United States Attorney

/s/
LORI A. HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
[CR-17-491-RS]

[~~PROPOSED~~] ORDER

The Court HEREBY ORDERS that the following briefing schedule applies to defendant Marc H. Berger's pre-trial motions, including a request for judicial immunity, a request for a Rule 15 deposition of Steven Burrill, and a motion to dismiss: the deadline to file motions is February 22, 2018. Oppositions, if any, are due March 15, 2018. Replies, if any, are due March 21, 2018. The Court will hold a hearing on these motions on March 28, 2018 at 10:00 a.m.

    This Order does not preclude the parties from bringing additional pre-trial and trial motions, including a discovery motion, consistent with the Court's standing order and Local Rules, in advance of the pre-trial conference on June 22, 2018.

**IT IS SO ORDERED**.

Dated: 2/7/18

                                      HON. RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE