ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

LORI A. HENDRICKSON (OHBN 0067831)
Trial Attorney
U.S. Department of Justice, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email:   Robert.Leach@usdoj.gov
              Lori.A.Hendrickson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-491 RS |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | Pretrial Conference: June 11, 2018<br>Trial Date: June 25, 2018 |
| MARC HOWARD BERGER, | |
| Defendant. | |

Pursuant to the Court's March 30, 2018 order, the United States respectfully provides notice that it may call the following witnesses in its case-in-chief:

    1.    Neil Belloff

    2.    Cynthia Dammann

    3.    Craig Demko

    4.    Bryant Fong

    5.    Karyn Fonseca

    6.    Ann Hanham

| | | |
|---|---|---|
| 7. | Tiffany Harris | |
| 8. | Victor Hebert | |
| 9. | Michael Lawrence Jr. | |
| 10. | Joel Marcus | |
| 11. | Roy Morledge | |
| 12. | James F. Oertel | |
| 13. | David Ohlson | |
| 14. | Donna Raya | |
| 15. | John Roscigno | |
| 16. | Sarah Schoech | |
| 17. | Helena Sen | |
| 18. | Oleida Sullivan | |
| 19. | Sarinna Vanavit | |
| 20. | Tim Watts | |
| 21. | Eric Weinapple | |
| 22. | Roger Wyse | |
| 23. | Jean Yang | |
| 24. | Tim Young | |
| 25. | Custodians of Records of | |
| | a. | Burr Pilger Mayer |
| | b. | First Republic Bank |
| | c. | Presidio Bank |
| | d. | Wells Fargo Bank |
| | e. | Federal Reserve |

///

///

///

///

UNITED STATES' WITNESS LIST,
CASE NO. CR 17-491 RS                      2

1  The government may seek to supplement this list as trial preparations progress, and will
2  notify the defendant and the Court of any changes to its Witness List.

3  Dated: May 11, 2018                                  Respectfully Submitted,

4                                                       ALEX G. TSE
                                                        Acting United States Attorney
5
                                                                /s/
6                                                       _____

7                                                       ROBERT S. LEACH
                                                        Assistant United States Attorney
8
                                                                /s/
9                                                       _____

10                                                      LORI A. HENDRICKSON
                                                        Trial Attorney
11                                                      U.S. Department of Justice, Tax Division