UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARC HOWARD BERGER,<br><br>    Defendant. | Case No. 17-cr-00491-RS-1<br><br>**ORDER REGARDING RESPONSE TO OBECTION TO GOVERNMENT'S EXHIBIT AND WITNESS LISTS** |

Defendant Berger objects to the Exhibit and Witness lists recently filed by the government and requests a ruling on his objection by May 22, 2018. The government is hereby directed to file any response to Berger's objection by no later than **Friday, May 18, 2018.**

**IT IS SO ORDERED**.

Dated: May 16, 2018

_____
RICHARD SEEBORG
United States District Judge