UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARC HOWARD BERGER,

Defendant.

Case No. 17-cr-00491-RS-1

**ORDER OVERRULING DEFENDANT'S OBJECTION TO GOVERNMENT'S EXHIBIT AND WITNESS LISTS; DENYING REQUEST FOR PROFFER**

Upon consideration of Defendant Berger's Objection to Government's Exhibit and Witness Lists and Request for Proffer (Dkt. No. 66), as well as the government's response thereto (Dkt. No. 68), the objection is overruled and the request is denied.

**IT IS SO ORDERED**.

Dated: May 21, 2018

RICHARD SEEBORG
United States District Judge