MIRANDA KANE (CSBN 150630)
WILLIAM H. KIMBALL (CSBN 242626)
JULIA M. BREYER (CSBN 284706)
KANE +KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com
Email: wkimball@kanekimball.com
Email: jbreyer@kanekimball.com

Attorneys for Marc H. Berger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-17-491-RS |
| | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | SETTING SCHEDULE FOR PRE-TRIAL FILINGS |
| | ) | (**AS MODIFIED BY THE COURT**) |
| | ) | |
| | ) | |
| MARC HOWARD BERGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In anticipation of the June 11, 2018 pre-trial conference in the above referenced matter, the

parties agree and stipulate to the briefing schedule below, adapted from the Court's standing order

regarding jury trials.

May 25, 2018:      Deadline to exchange proposed jury instructions

June 1, 2018:      Deadline to file motions *in limine*

June 6, 2018:      Deadline to file proposed jury instructions, juror questionnaires, voir dire
                   questions, and verdict forms

STIPULATION AND [PROPOSED] ORDER
RE SCHEDULE FOR PRE-TRIAL FILINGS (**AS MODIFIED BY THE COURT**)
[CR-17-491-RS]

June 8, 2018:          Deadline to file any responses to motions *in limine*

IT IS SO STIPULATED.

Respectfully submitted,

Dated: _____May 21, 2018_____          _____/s/_____
                                                                         MIRANDA KANE
                                                                         Kane + Kimball LLP
                                                                         Attorneys for Defendant Marc H. Berger

Dated: _____May 21, 2018_____          _____/s/_____
                                                                         ROBERT S. LEACH
                                                                         Assistant United States Attorney

                                                                         _____/s/_____
                                                                         LORI A. HENDRICKSON
                                                                         Trial Attorney
                                                                         U.S. Department of Justice, Tax Division

STIPULATION AND [PROPOSED] ORDER
RE SCHEDULE FOR PRE-TRIAL FILINGS **(AS MODIFIED BY THE COURT)**
[CR-17-491-RS]

1

~~[PROPOSED]~~ ORDER

2

The Court HEREBY ORDERS the following schedule for the parties' pre-trial filings.

3

4
|  | May 25, 2018: | Deadline to exchange proposed jury instructions |

5
|  | June 1, 2018: | Deadline to file motions *in limine* |

6

7

8

9

| | June 6, 2018: | Deadline to file proposed jury instructions, juror questionnaires*, voir dire questions, and verdict forms
**\*The parties are expected to submit a jointly proposed jury questionnaire. Failure to agree on a questionnaire may result in proceeding without one.** |

10

| | June 8, 2018: | Deadline to file any responses to motions *in limine* |

11

12

**IT IS SO ORDERED**.

13

14

Dated:   __May 21, 2018__

15

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~
ORDER RE BRIEFING SCHEDULE **(AS MODIFIED BY THE COURT)**
[CR-17-491-RS]                                    3