UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARC HOWARD BERGER,<br>Defendant. | Case No. 17-cr-00491-RS-1<br><br>**VERDICT FORM** |

We, the jury in the above-entitled case, unanimously find the defendant, Marc Howard Berger:

1. ___GUILTY___ (GUILTY/NOT GUILTY) of the charge of Aiding and Assisting in the Preparation of a False Tax Return, as to a U.S. Individual Income Tax Return, Form 1040, of G. Steven Burrill and Kelli Burrill for the calendar year 2011.

2. ___GUILTY___ (GUILTY/NOT GUILTY) of the charge of Aiding and Assisting in the Preparation of a False Tax Return, as to a U.S. Individual Income Tax Return, Form 1040, of G. Steven Burrill and Kelli Burrill for the calendar year 2012.

3. ___GUILTY___ (GUILTY/NOT GUILTY) of the charge of Aiding and Assisting in the Preparation of a False Tax Return, as to a U.S. Individual Income Tax Return, Form 1040, of G. Steven Burrill and Kelli Burrill for the calendar year 2013.

DATED: July 18, 2018

_____
FOREPERSON