ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

LORI A. HENDRICKSON (OHBN 0067831)
Trial Attorney
U.S. Department of Justice, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov
           Lori.A.Hendrickson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-491 RS |
|     Plaintiff, | SECOND STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND SENTENCING DATE |
| v. | |
| MARC HOWARD BERGER, | |
|     Defendant. | |

## STIPULATION

The parties, through counsel, stipulate and agree to, and respectfully request the Court order, the following schedule for post-trial motions and sentencing:

    September 25, 2018:    Deadline for defendant to file any post-trial motion pursuant to Rule 29 and/or Rule 33

    October 16, 2018:    Deadline for the government to file its response to any post-trial motion

    October 23, 2018:    Deadline for any reply in support of post-trial motions

| | | |
|---|---|---|
| November 6, 2018: | Sentencing memoranda due | |
| November 7, 2018: | Hearing on post-trial motions | |
| November 9, 2018: | Deadline to file responses, if any, to sentencing memoranda | |
| November 13, 2018: | Sentencing hearing | |

STIPULATED AND AGREED TO:

Dated: September 18, 2018

ALEX G. TSE
Acting United States Attorney

/s/
_____
ROBERT S. LEACH
Assistant United States Attorney

LORI A. HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division

Dated: September 18, 2018

KANE + KIMBALL LLP

/s/
_____
MIRANDA KANE
Attorney for Defendant Marc Howard Berger

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, the Court hereby ORDERS the briefing schedule and hearing dates set forth above.

Dated: 9/19/18

_____
HON. RICHARD SEEBORG
United States District Judge