MIRANDA KANE (CSBN 150630)
JULIA M. BREYER (CSBN 284706)
KANE +KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com
Email: jbreyer@kanekimball.com
Attorney for Marc H. Berger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-17-491-RS |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION FOR A NEW TRIAL AND SENTENCING |
| MARC HOWARD BERGER, | |
| Defendant. | |

A hearing on Mr. Berger's Motion for Judgment of Acquittal or, in the Alternative, a New Trial ("Motion for a New Trial") (Dkt. No. 202) has been specially set for November 9, 2018 at 2:00 p.m. Mr. Berger's sentencing hearing is scheduled for November 13, 2018 at 1:30 p.m. Both the defense and the Probation office seek additional time in advance of the Final Pre-Sentence Report. The government has agreed to accommodate the joint request.

Accordingly, the parties hereby agree and stipulate that:

1. The hearing on Defendant's Motion for a New Trial, currently specially set for November 9, 2018, will be continued to November 13, 2018 at 1:30 p.m.; and

2. Mr. Berger's sentencing hearing, currently set for November 13, 2018 at 1:30 p.m., will

STIPULATION AND [PROPOSED] ORDER
[CR-17-491-RS]

be continued to December 14, 2018 at 10:00 a.m.  The parties' sentencing memoranda must be filed by December 7, 2018; replies, if any, are due December 11, 2018.

SO STIPULATED.

Dated:  October 25, 2018                              /s/
                                                      MIRANDA KANE
                                                      Attorney for Defendant Marc H. Berger


                                                      ALEX G. TSE (CABN 152348)
                                                      United States Attorney

Dated:  October 25, 2018                              /s/
                                                      ROBERT S. LEACH
                                                      Assistant United States Attorney


                                                      /s/
                                                      LORI HENDRICKSON
                                                      Trial Attorney
                                                      U.S. Department of Justice, Tax Division

### [~~PROPOSED~~] ORDER

For the foregoing reasons, and good cause appearing, the Court HEREBY ORDERS that the hearing on Defendant Marc. H. Berger's Motion for a New Trial is re-set for November 13, 2018 at 1:30 p.m.  The Court further ORDERS that the sentencing hearing in this matter is continued until December 14, 2018 at 10:00 a.m.  The parties' sentencing memoranda must be filed by December 7, 2018; replies, if any, are due December 11, 2018.

**IT IS SO ORDERED**.

Dated: 10/25/18                                       *[signature]*
                                                      HON. RICHARD SEEBORG
                                                      UNITED STATES DISTRICT JUDGE


STIPULATION AND [PROPOSED] ORDER
[CR-17-491-RS]